# Tab 1

Dockets.Justia.com



US007107338B1

(12) **United States Patent**
     Nareddy et al.

(10) **Patent No.:** **US 7,107,338 B1**
(45) **Date of Patent:** **\*Sep. 12, 2006**

(54) **PARSING NAVIGATION INFORMATION TO IDENTIFY INTERACTIONS BASED ON THE TIMES OF THEIR OCCURRENCES**

(75) Inventors: **Krishnamohan Nareddy**, Redmond, WA (US); **Radha Krishna Uppala**, Redmond, WA (US)

(73) Assignee: **Revenue Science, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1018 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/005,183**

(22) Filed: **Dec. 5, 2001**

(51) **Int. Cl.**
     *G06F 15/173* (2006.01)

(52) **U.S. Cl.** ...................... 709/224; 709/203; 709/218; 709/223; 707/6

(58) **Field of Classification Search** ................ 709/223, 709/224, 203, 200, 202, 229, 217–219, 245; 715/853, 854; 707/1, 3, 6, 100
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,712,979 | A | * | 1/1998 | Graber et al. | 709/224 |
| 5,894,554 | A | * | 4/1999 | Lowery et al. | 709/203 |
| 6,012,087 | A | * | 1/2000 | Freivald et al. | 709/218 |
| 6,035,332 | A | * | 3/2000 | Ingrassia et al. | 709/224 |
| 6,073,135 | A | * | 6/2000 | Broder et al. | 707/100 |
| 6,470,383 | B1 | * | 10/2002 | Leshem et al. | 709/223 |
| 6,487,538 | B1 | * | 11/2002 | Gupta et al. | 705/14 |
| 6,549,944 | B1 | * | 4/2003 | Weinberg et al. | 709/224 |
| 6,665,658 | B1 | * | 12/2003 | DaCosta et al. | 707/3 |
| 6,785,666 | B1 | * | 8/2004 | Nareddy et al. | 707/1 |
| 6,873,981 | B1 | * | 3/2005 | Nareddy et al. | 707/3 |
| 6,917,972 | B1 | * | 7/2005 | Basko et al. | 709/224 |

OTHER PUBLICATIONS

U.S. Appl. No. 10/007,646, filed Dec. 2001, Basko, Roman et al.*
Microsoft Site Server, Nov. 17, 2000 (2 pages) www.microsoft.com/siteserver/site/ProductInfo/Datasheet.htm.
Microsoft Site Server, Nov. 17, 2000 (3 pages) www.microsoft.com/siteserver/site/30/downloads/ssdata.doc.
Microsoft Site Server, Nov. 17, 2000 (2 pages) www.microsoft.com/siteserver/site/ProductInfo/EvalGuide.htm.
Microsoft Site Server, Site Server Evaluation Guide, Nov. 17, 2000 (48 pages) www.microsoft.com/siteserver/site/30/downloads/sseval.exe.

(Continued)

*Primary Examiner*—Saleh Najjar
*Assistant Examiner*—V. Korobov
(74) *Attorney, Agent, or Firm*—Perkins Coie LLP

(57) **ABSTRACT**

A method, system and computer-readable medium for analyzing interaction or usage data, such as for customers, is described. Various data parsing information may be defined and used as part of the analysis, such as by using customer-specific information to identify various occurrences of interest. For example, the parser component can use data defining customer-specific categories of content set items and customer-specific types of events of interest. Such high-level types of occurrences can be specified in a variety of ways, such as by using a combination of a logical web site, one or more URIs corresponding to web pages, and/or one or more query strings. In addition, in order to associate the appropriate data parsing information with data to be processed, the data parsing information can also include version information that specifies when it is applicable. The data parsing information may also map actual web sites to logical sites.

**44 Claims, 60 Drawing Sheets**



**US 7,107,338 B1**

Page 2

OTHER PUBLICATIONS

E.piphany E.5 System, "An Integrated System Built on Internet Technology," Oct. 19, 2000 (1 page) www.epiphany.com/products/index.html.

E.piphany E.5 System, "Technology Overview," Dec. 7, 2000 (2 pages) www.epiphany.com/products/techonology.html.

E.piphany E.5 System, "FAQ," Oct. 19, 2000 (3 pages) www.epiphany.com/products/faq.html.

E.piphany E.5 System, "Campaign Management for E-Commerce," Oct. 19, 2000 (1 page) www.epiphany.com/products/ecommerce.html.

Webtrends, "Log Analyzer, " Sep. 2, 2000 (1page) http://www.webtrends.com/products/log.

Webtrends, "Log File Analysis Cartridge," Sep. 2, 2000 (8 pages) www.webtrends.com/products/cartridge/log.htm?print=yes.

Webtrends, "Log File Analysis vs. Packet Sniffing Comparative Analysis of Internet Traffic Data Collection Models White Paper," Apr. 18, 2001 (7 pages) www.webtrends.com/solution/whitepapers/packet.htm.

* cited by examiner



*Fig. 1*



*Fig. 2A*



*Fig. 2B*



Fig. 3



Fig. 4



*Fig. 5*



*Fig. 6*



Fig. 7



*Fig. 8*



*Fig. 9*



*Fig. 10*



*Fig. 11*



*Fig. 12*



*Fig. 13*



*Fig. 14*



*Fig. 15*



*Fig. 16*



**Fig. 17**



*Fig. 18*



*Fig. 19A*



*Fig. 19B*



*Fig. 19C*



*Fig. 19D*





http://www.digimine.com/services/mining.htm

*Fig. 19E*



*Fig. 19F*

http://www.digimine.com/services/enhancement.htm



*Fig. 19G*



*Fig. 19H*

*Affordable*

Our web-based ASP model allows us to deliver a powerful, high-end service that is efficient and affordable. Setup costs are minimal and do not require additional IT resources. Fixed monthly fees cover all expenses related to hardware, software, operations and reporting.

*Easy-to-use*

digiMine™ Reporting Services are intuitive and organized to deliver relevant insight instantly. Our interactive reports allow you to customize your view of your analytics. And you don't have to be a statistician to understand your data.

*Quick to deploy*

digiMine offers the fastest time to deployment. In fact, a typical installation allows us to setup and begin daily reporting within a few days. In many cases, our customers have full analytics in less than 24 hours.

digiMine℠ Services do not require you to invest in additional IT resources, nor do we require you to deploy data tags. We simply install a digiMine Slurper™ at your data center that encrypts and compresses your data for transmission at pre-determined times. digiMine's Slurper™ is a simple piece of software that has the ability to pull web server logs and gather data from any OLE-DB-compliant database - from Oracle, SQL, DB2 and others. This process does not compromise your network security or require you to open your firewall.

Once your data is transferred to digiMine's data center, it is parsed, cleaned and loaded into a secure data warehouse.

digiMine then produces detailed and accurate reports that are delivered 24 hours a day, 7 days a week, 365 days a year. You can access your reports through a dedicated https connection using a standard browser. The reports are completely secure and require user authentication. In fact, as an administrator, you have the ability to set various levels of access permission for different business users in your company. Your data is also made available for export.

digiMine provides data mining services for predictive applications. These predictive components give you the ability to personalize web content and cross-sell or up-sell products. Data mining components run in real-time on your web site or in batch applications, such as targeted e-mail.





**Fig. 19I**

digiMine Services: Take the Quiz



*Fig. 19J*



*Fig. 19K*



*Fig. 19L*



*Fig. 19M*



*Fig. 19N*



*Fig. 190*



digiMine Company Information

## digiMine

MAIN    SERVICES    COMPANY    MEDIA CENTER    CUSTOMER LOG IN

## Careers

### Career Opportunities

digiMine is looking for talented candidates and we usually have
more than one opening in any of the following areas. Click on
your area of interest to see current profiles and job descriptions

Research and Development
Quality Assurance and Test
Operations and Data Center       } 1951
Sales and Marketing
Finance, General and Administration
Legal  — 1952

To apply, please send your resume (in Microsoft Word format) to
jobs@digimine.com. Please be sure to reference the job for which
you are applying. Agencies and headhunters, please do not
submit candidates through the web

http://www.digimine.com/company/careers/jobopps.htm

*Fig. 19P*

digiMine Company Information                                                      1907



| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG-IN |

## Careers

### Legal Positions

« job categories

**Corporate Attorney - Intellectual Property**

**Responsibilities**
- Principal responsibility for management of all patent procurement and conflict matters
- Review ideas for strategic importance and patent viability.
- Work closely with outside counsel to develop claim scope and prosecution strategy, and supervise them throughout the process
- Analyze third party patents and determine best resolution, including licensing, product modification and liability studies.
- Counsel development and business clients on patent-related issues.
- Provide support for patent litigation.

**Requirements**
- Excellent academic credentials
- 5+ years experience in patents required, including preparing and prosecuting patent applications, opinion work (invalidity/non-infringement), licensing, and/or litigation
- Significant computer industry experience highly desirable.
- Advanced technical degree a plus



http://www.digimine.com/company/careers/legal.htm ⌐ 1920

*Fig. 19Q*

digiMine Media Page



*Fig. 19R*

http://www.digimine.com/mediacenter/



Fig. 19S



Fig. 19T



*Fig. 19U*



*Fig. 19V*



Fig. 19W



*Fig. 19X*



Fig. 19Y



*Fig. 19Z*

Example Hierarchical Category Selection



*Fig. 19AA*



*Fig. 19AB*



*Fig. 19AC*



*Fig. 19AD*



*Fig. 19AE*

digiMine Services Overview

**digiMine**

| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG-IN |

service benefits     take-the-tour     how-to-join our-team     it's-that-time

## Overview

(91 KB, Requires

digiMine is setting new standards in the delivery of advanced analytics, data warehousing and data mining for eBusinesses. As an application service provider (ASP), we deliver a comprehensive and affordable solution that is quick to deploy and easy to use.

What truly sets digiMine apart from the competition is our ability to go far beyond today's web reporting services by using the most powerful data mining and personalization tools. By applying high-end data mining algorithms to the full range of click stream, user registration, product catalog, campaign and transaction data, we provide you with the most relevant business intelligence. And we enable you to take action with precision and speed.

digiMine SMi Services include:

{ 1. digiMine Warehousing Services ⁓ 1912
{ 2. digiMine Analytic Services ⁓ 1914
{ 3. digiMine Data Mining Services ⁓ 1916
{ 4. digiMine Data Generation Services ⁓ 2005

*Fig. 20*

http://www.digimine.com/services/



*Fig. 21*



*Fig. 22A*

Content Set A
Category Hierarchy Table   2250

| Category 2251 | ID 2252 | Category Parent 2253 |
|---|---|---|
| Services | 1 | —— |
| Company | 2 | —— |
| Media Center | 3 | —— |
| Analysis | 4 | —— |
| Service Benefits | 5 | 1 |
| Take the Quiz | 6 | 1 |
| ⋮ | | |
| Careers | 20 | 2 |
| ⋮ | | |
| R&D | 30 | 20 |
| QA | 31 | 20 |
| ⋮ | | |

Content Set A Content Category Table   2260

| Content 2261 | Category Page Type Definition ID 2262 |
|---|---|
| overviewA.htm | —— |
| overviewAs.htm | 1 |
| servicebenefits.htm | 1 |
| ⋮ | |
| rd.htm | 30 |
| ⋮ | |

*Fig. 22B*



*Fig. 23*



*Fig. 24*



*Fig. 25*



*Fig. 26*



*Fig. 27A*



*Fig. 27B*