# **Tab 2**

Dockets.Justia.com



US007035925B1

(12) **United States Patent**
Nareddy et al.

(10) **Patent No.:** **US 7,035,925 B1**
(45) **Date of Patent:** *Apr. 25, 2006

(54) **PARSING NAVIGATION INFORMATION TO IDENTIFY INTERACTIONS BASED ON THE TIMES OF THEIR OCCURRENCES**

(75) Inventors: **Krishnamohan Nareddy**, Redmond, WA (US); **Radha Krishna Uppala**, Redmond, WA (US)

(73) Assignee: **Revenue Science, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 11 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/149,036**

(22) Filed: **Jun. 8, 2005**

**Related U.S. Application Data**

(62) Division of application No. 10/005,183, filed on Dec. 5, 2001.

(51) **Int. Cl.**
*G06F 15/173* (2006.01)
(52) **U.S. Cl.** .................. **709/224**; 709/203; 709/218; 709/223; 707/1; 707/6; 463/37; 463/38
(58) **Field of Classification Search** ............... 709/224, 709/224, 203, 218, 219, 225, 229; 707/1–10; 705/14, 26, 27, 37, 400; 715/853, 854; 725/32, 725/34
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,757,917 A | * | 5/1998 | Rose et al. .................. 705/79 |
| 5,954,798 A | * | 9/1999 | Shelton et al. .............. 709/224 |
| 6,035,332 A | * | 3/2000 | Ingrassia et al. ........... 709/224 |

| | | | |
|---|---|---|---|
| 6,393,407 B1 | * | 5/2002 | Middleton et al. ........... 705/14 |
| 6,601,100 B1 | * | 7/2003 | Lee et al. .................. 709/226 |
| 6,785,666 B1 | * | 8/2004 | Nareddy et al. .............. 707/1 |
| 6,873,981 B1 | * | 3/2005 | Nareddy et al. .............. 707/3 |
| 6,892,238 B1 | * | 5/2005 | Lee et al. .................. 709/224 |
| 6,910,072 B1 | * | 6/2005 | Beck et al. ................. 709/224 |
| 6,917,972 B1 | * | 7/2005 | Basko et al. ................ 709/224 |
| 2001/0032115 A1 | * | 10/2001 | Goldstein .................. 705/10 |
| 2001/0039513 A1 | * | 11/2001 | Erlichson et al. ........... 705/14 |
| 2002/0082923 A1 | * | 6/2002 | Merriman et al. ............ 705/14 |
| 2002/0099600 A1 | * | 7/2002 | Merriman et al. ............ 705/14 |
| 2002/0099824 A1 | * | 7/2002 | Bender et al. .............. 709/225 |

OTHER PUBLICATIONS

U.S. Appl. No. 10/007,646, filed Dec. 2001, Basko, Roman et al.*

* cited by examiner

*Primary Examiner*—Saleh Najjar
*Assistant Examiner*—Vitali Korobov
(74) *Attorney, Agent, or Firm*—Perkins Coie LLP

(57) **ABSTRACT**

A method, system and computer-readable medium for analyzing interaction or usage data, such as for customers, is described. Various data parsing information may be defined and used as part of the analysis, such as by using customer-specific information to identify various occurrences of interest. For example, the parser component can use data defining customer-specific categories of content set items and customer-specific types of events of interest. Such high-level types of occurrences can be specified in a variety of ways, such as by using a combination of a logical web site, one or more URIs corresponding to web pages, and/or one or more query strings. In addition, in order to associate the appropriate data parsing information with data to be processed, the data parsing information can also include version information that specifies when it is applicable. The data parsing information may also map actual web sites to logical sites.

**39 Claims, 60 Drawing Sheets**





Fig. 1

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 4 of 52



Fig. 2A



*Fig. 2B*



*Fig. 3*



Fig. 4



*Fig. 5*



*Fig. 6*



**Fig. 7**

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 11 of 52



**Fig. 8**



**Fig. 9**

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 13 of 52



**Fig. 10**



**Fig. 11**

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 15 of 52



*Fig. 12*

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 16 of 52



**Fig. 13**



*Fig. 14*

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 18 of 52



*Fig. 15*



*Fig. 16*



*Fig. 17*

*Fig. 18*



Welcome to digiMine

**digiMine** ℠
*Powering your data*
*for business advantage*

| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN |
|------|----------|---------|--------------|-----------------|
| 1901 | 1903 | 1905 | 1907 | 1909 |

## Unlock the Power of Your Data

You need to know more about your customers and
about your business    and you need to be able to act
on that knowledge.

digiMine will uncover valuable business intelligence and enable you
to take immediate action by delivering advanced analytics and
personalization tools.

digiMine provides you with intuitive reports that have key metrics
on customer behavior, site performance, product sales, content
consumption, marketing campaign effectiveness, browser to buyer
conversion, customer segment identification and much, much
more. digiMine's data mining services also deliver predictive
applications that give you the ability to personalize web content,
cross-sell and up-sell.

Best of all, our application service provider (ASP) model allows us
to provide you with an affordable solution that is quick to deploy
and easy to use.

*Learn more »*    1904

❖ **Contact Us**

To request additional information about digiMine, please fill out our
*information request form.*

UPSIDE EVENTS

BEST OF SHOW

digiMine
Wins
Upside
Preview
Fall's Best
of Show
Award at
Internet
World!

❖ **Service Benefits**

See why digiMine is the best
data warehousing and data
mining solution for all
eBusinesses.

❖ **digiMine Careers**

Do you have a passion for
technology, customer
service and a desire to win?
If so, check out our current
job openings.

*Fig. 19A*

http://www.digimine.com/

1900

1910



*Fig. 19B*



digiMine Warehousing Services Overview

digiMine

| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN |

service benefits      take the quiz      how digimine works      :: request info

digiMine℠ SERVICES

## Overview

digiMine℠ Warehousing Services

Building a comprehensive data warehouse is the first fundamental step in creating strong analytics and personalization. digiMine will take your data from multiple sources including click stream, transaction, product, campaign and user profiles to create a robust data asset.

Our scalable data warehousing infrastructure enables us to build large warehouses that are capable of holding data for the most data intensive businesses, even those as big as the Media Metrix top 50.

1. digiMine Warehousing Services
2. digiMine Analytic Services ⟩ 1914
3. digiMine Data Mining Services
4. digiMine Data Enhancement Services

1920

http://www.digimine.com/services/warehousing.htm

Fig. 19C



digiMine Analytic Services Overview

digiMine™

MAIN   SERVICES   COMPANY   MEDIA CENTER   CUSTOMER LOG IN

service benefits    take the quiz    how digiMine works    request info

digiMine™ SERVICES

## Overview

digiMine™ Analytic Services

We provide advanced analytics to you through intuitive, interactive and customizable reports. You can quickly get a top-level view of your customers or you can drill down to specifics 24 hours a day, 365 days a year. We provide you with reports that are relevant and enable you to take action with confidence. Our reports include analytics on:

**Site Usage**
Traffic, Referral, path analysis, key words

**Integrated Marketing Campaign Analysis**
Online advertising, e-mail, affinity and loyalty programs

**Customer Analysis**
Demographic, psychographic, recency and frequency

**User Action Analysis**
RFQ, registration, auction

**Shopping Cart Analysis**
Conversion and abandonment

1. digiMine Warehouse Services
2. digiMine Analytic Services
3. digiMine Data Mining Services
4. digiMine Data Enhancement Services ⟶ 1916   1918



http://www.digimine.com/services/analytic.htm

*Fig. 19D*

digiMine Data Mining Services Overview

**digiMine**

MAIN    SERVICES    COMPANY    MEDIA CENTER    CUSTOMER LOG IN

service benefits    take the quiz    how digimine works    :: request info

digiMine SERVICES

# Overview

digiMine™ Data Mining Services

digiMine applies advanced data mining algorithms to provide you with the most powerful analytics available. Our algorithms identify patterns in the data that can deliver new insight into your customers. These analytics, coupled with our interactive reporting interface, give you the intelligence you need to make timely decisions with confidence.

- Personalization
- Cross-sell and Upsell
- Churn management
- Affinity Analysis - Product, Content, Event
- Customer Segmentation

1. digiMine Warehousing Services
2. digiMine Analysis Services
3. digiMine Data Mining Services
4. digiMine Data Enhancement Services — 1918

:: We go beyond today's typical web reporting services by using the most powerful data mining and personalization tools.

*Fig. 19E*

http://www.digimine.com/services/mining.htm

digiMine Data Enhancement Services Overview

**digiMine**™

MAIN    SERVICES    COMPANY    MEDIA CENTER    CUSTOMER LOG-IN

service benefits    take the quiz    how digimine works    :: request info

1924

digiMine™ SERVICES

## Overview

digiMine ™ Data Enhancement Services

digiMine(sm) Data Enhancement Services are helpful tools that make your data more valuable and more usable. These services can also help you reduce marketing costs by correcting addresses and eliminating duplicates.

digiMine(sm) Address Validation/Correction - digiMine can validate and correct customer addresses using information from the USPS. digiMine's address validation and correction services include: National Change of Address (NCOA), Locatable Address Correction Service (LACS) and Delivery Sequence File (DSF) processing.*

digiMine(sm) Merge/Purge - digiMine can also merge lists and purge duplicates. This service enables you to eliminate duplicate records and records that map to the same address (householding).

* NCOA, LACS and DSF are trademarks of the United States Postal Service

1. digiMine Data Personalization Services

2. digiMine Analysis Services

3. digiMine Data Fusion Services

4. digiMine Data Enhancement Services

*Fig. 19F*

digiMine Service Benefits



**digiMine**™

| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN |
| --- | --- | --- | --- | --- |

overview          take the quiz          how digiMine works          request info

1926

digiMine™ SERVICES

# Service Benefits

digiMine(sm) Services make understanding your customers and your business easy. And we alleviate the frustrations associated with deploying and using a home-grown data warehousing and data mining solution.

**Powerful data mining tools**
Our data mining-powered reports provide you with unparalleled intelligence. We give you the tools to enable personalization that precisely targets content and maximizes up-sell and cross-sell opportunities.

**Easy to use**
digiMine(sm) Reporting Services are intuitive and organized to deliver relevant insight instantly. Our interactive reports allow you to customize the view of your analytes.

**A comprehensive data asset**
digiMine builds a robust, scalable and secure data warehouse for you that combines the full range of clickstream, user-registration, product, campaign and transaction data.

**Quick to deploy**
digiMine offers fast time-to-deployment. In fact, a typical installation allows us to setup and begin daily reporting within a few days. In many cases, customers begin to realize the value of digiMine(SM) Services in as little as 24 hours.

**Affordable**
Our web-based ASP model allows us to deliver a powerful, high-end service that is both efficient and affordable. Setup costs are minimal and do not require additional IT resources. A monthly fee covers all expenses related to hardware, software, operations and reporting.

→ digiMine offers the fastest time to deployment    as little as 24 hours.

1930

▾ Data Sheet
Download the digiMine Services Data Sheet.

(91 KB. Requires Adobe Acrobat Reader.)

http://www.digimine.com/services/servicebenefits.htm

*Fig. 19G*





*Fig. 19H*

**Affordable**
Our web-based ASP model allows us to deliver a powerful, high-end service that is efficient and affordable. Setup costs are minimal and do not require additional IT resources. Fixed monthly fees cover all expenses related to hardware, software, operations and reporting.

**Easy-to-use**
digiMine™ Reporting Services are intuitive and organized to deliver relevant insight instantly. Our interactive reports allow you to customize your view of your analytics. And you don't have to be a statistician to understand your data.

**Quick to deploy**
digiMine offers the fastest time to deployment. In fact, a typical installation allows us to setup and begin daily reporting within a few days. In many cases, our customers have full analytics in less than 24 hours.

## How digiMine Works

digiMine™ Services do not require you to invest in additional IT resources, nor do we require you to deploy data tags. We simply install a digiMine Slurper™ at your data center that encrypts and compresses your data for transmission at pre-determined times. digiMine's Slurper™ is a simple piece of software that has the ability to pull web server logs and gather data from any OLE-DB-compliant database - from Oracle, SQL, DB2 and others. This process does not compromise your network security or require you to open your firewall.

Once your data is transferred to digiMine's data center, it is parsed, cleaned and loaded into a secure data warehouse.

digiMine then produces detailed and accurate reports that are delivered 24 hours a day, 7 days a week, 365 days a year. You can access your reports through a dedicated https connection using a standard browser. The reports are completely secure and require user authentication. In fact, as an administrator, you have the ability to set various levels of access permission for different business users in your company. Your data is also made available for export.

digiMine provides data mining services for predictive applications. These predictive components give you the ability to personalize web content and cross-sell or up-sell products. Data mining components run in real-time on your web site or in batch applications, such as targeted e-mail.



©2000 digiMine, Inc. All rights reserved. digiMine and digiMine.com are trademarks of digiMine, Inc. All other marks are owned by their respective entity

digiMine, Inc.
11250 Kirkland Way        Tel: 425 896 1700
Kirkland, WA 98033        Fax: 425 896 1777    www.digiMine.com

*Fig. 19I*



digiMine Services: Take the Quiz

**digiMine™**

MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG-IN

overview     service benefits     how digiMine works     ⟡ request info

1928

digiMine℠ SERVICES

# Take the Quiz

With the abundance of sites on the Internet today, it's hard to get customers and keep them. Let's face it, if within 20 seconds your visitors are not presented with the specific content or list of products they're interested in, then there's little chance they'll return again.

How many of these questions can you answer today? You're not alone if you can only answer a few. With digiMine, you will be able to answer all of these questions and more.

- ✧ How many customers came to your site yesterday?
- ✧ How many were first time visitors?
- ✧ Can you get a list of those new customers and send them a thank you the next day?
- ✧ What are most visited products areas on your site?
- ✧ What products should you consider making "loss leaders" to attract new customers?
- ✧ What are your top selling products or services? Have they changed in the last month?
- ✧ How many shoppers go through your home page?
- ✧ Which marketing promotions are most effective at driving new customers to your site?
- ✧ Which customers are likely to "churn" and which are loyal shoppers on your site?
- ✧ What is the expected "life time value" of your customers?

http://www.digimine.com/services/quiz.htm

*Fig. 19J*

How digiMine Works

**digiMine**

1905

MAIN     SERVICES     COMPANY     MEDIA CENTER     CUSTOMER LOG IN

overview     service benefits     take the quiz

◦ request info

digiMine℠ SERVICES

## How digiMine Works

digiMine Services do not require any additional investment in IT resources, nor do we require you to deploy data tags. We simply install a digiMine Data Slurper™ at your data center that encrypts and compresses your data for transmission at predetermined times. digiMine's Data Slurper™ is a simple software application that has the ability to pull web server logs and gather data from any commercial database such as Oracle, SQL, DB2 and others. This process does not compromise your network security or require you to open your firewall. Alternatively, you can also send your data to us through a secure FTP transfer.

Once your data is transferred to digiMine's data center, it is parsed, cleaned and loaded into a secure data warehouse. We can also merge, purge, validate and correct your data.

We then apply data mining to produce insightful analytics. These analytics are generated and delivered to you through interactive reports and downloadable lists that are available 24 hours a day, 365 days a year. You can access your reports through a dedicated and secure connection using a standard browser.

Real-time data mining components (executables called from java or asp) are run independently of the digiMine data center to avoid any impact on site performance. These can be run in real-time on your web site or in batch applications such as targeted email.

◦ digiMine's Data Slurper™ is a simple software application that pulls web server logs and gathers data from any commercial database - with no impact on your IT department.

. . . . . . . . . . . .

◦ **Data Sheet**
Download the digiMine℠ Services Data Sheet

(91 KB, Requires Adobe Acrobat Reader)

*Fig. 19K*

digiMine Company Information



## Our Mission

digiMine's mission is to create value for all e-businesses by making data warehousing and data mining a practical reality.

digiMine was born from the experience of our three founders, Nick Besbeas, Usama Fayyad and Bassel Ojjeh. All three Microsoft veterans come from different disciplines — direct marketing, data mining, and data warehouse operations.

Through their experiences, they realized that the benefits of data warehousing and data mining delivered as a service, would enable e-businesses to derive the most value from their data for increased competitive advantage.

management »

http://www.digimine.com/company/

*Fig. 19L*



*Fig. 19M*

digiMine Executive Bio: Bob Bolan

digiMine™

| MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN |

our mission    customers    careers    contact us

COMPANY

## Management

1937

Bob Bolan, Esq.
Vice President of Legal Affairs
bob_bolan@digimine.com

<< go back | home                                    printer-friendly format (html) >>

Bob Bolan is chief legal counsel and advises the management team and the board of directors on all legal affairs of the company.

From 1994 until joining the company in May of 2000, Bob served as Corporate Attorney at Microsoft Corporation where he practiced in a wide variety of corporate matters including intellectual property, licensing, litigation, acquisition, strategic alliances and investments. He provided legal services to the Windows Platform Division, the Applications Division, the Microsoft Network, and Microsoft Research Division. Most notably, Bob led the development of the patent portfolio for Microsoft Research in Redmond, Cambridge and China, representing such diverse technologies as speech recognition, natural languages, operating systems, programming languages, cryptography, user interface design, artificial intelligence, graphics, vision, development tools, database and data mining.

From 1988 to 1994, Bob was a Member of Technical Staff at AT&T Bell Laboratories where he developed network features for high-capacity packet switches that formed the signaling infrastructure of the AT&T interexchange carrier network.

Bob received his J.D. from Capital University (1993) and was honored with membership to Order of the Coif. He also earned a Masters in Computer Science from Purdue (1988) and an Honors Bachelor of Arts in Classical Languages from Xavier University (1978). Bob is a member of the Washington State Bar, the Ohio Bar and is registered to practice before the US Patent and Trademark Office. He is a former extern of Judge James Graham of the United States District Court, Southern District of Ohio, and of Judge Alan Norris of the Sixth Circuit Court of Appeals.

http://www.digimine.com/company/BobBolan.htm

*Fig. 19N*

Case 1:07-cv-00516-LO-TRJ    Document 1-4    Filed 05/23/2007    Page 36 of 52



*Fig. 190*



digiMine Company Information

# digiMine™

MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN

our mission    management    customers    contact us

COMPANY

## Careers

### Career Opportunities

digiMine is looking for talented candidates and we usually have more than one opening in any of the following areas. Click on your area of interest to see current profiles and job descriptions.

Research and Development
Quality Assurance and Test
Operations and Data Center
Sales and Marketing
Finance, General and Administration
Legal — 1952
} — 1951

To apply, please send your resume (in Microsoft Word format) to jobs@digimine.com. Please be sure to reference the job for which you are applying. Agencies and headhunters, please do not submit candidates through the web.

http://www.digimine.com/company/careers/jobopps.htm

*Fig. 19P*



digiMine Company Information

1907

**digiMine**

MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN

our mission    management    customers    contact us

COMPANY

# Careers

< job categories

**Corporate Attorney - Intellectual Property**

**Responsibilities**
- Principal responsibility for management of all patent procurement and conflict matters
- Review ideas for strategic importance and patent viability.
- Work closely with outside counsel to develop claim scope and prosecution strategy, and supervise them throughout the process.
- Analyze third party patents and determine best resolution, including licensing, product modification and liability studies.
- Counsel development and business clients on patent-related issues.
- Provide support for patent litigation.

**Requirements**
- Excellent academic credentials.
- 5+ years experience in patents required, including preparing and prosecuting patent applications, opinion work (invalidity/non-infringement), licensing, and/or litigation.
- Significant computer industry experience highly desirable.
- Advanced technical degree a plus

http://www.digimine.com/company/careers/legal.htm   1920

*Fig. 19Q*



*Fig. 19R*



digiMine Press Releases

**digiMine**

MAIN    SERVICES    COMPANY    MEDIA CENTER    CUSTOMER LOG IN

media center home    in the news

1909

MEDIA CENTER

# Press Releases

❖ **January 17, 2001** - Technology Review, MIT's Magazine of Innovation, Lists digiMine CEO Usama Fayyad in TR10

❖ **December 18, 2000** - digiMine Teams with EDG to Power Data Warehousing and Data Mining Service

❖ **October 30, 2000** - digiMine Wins Upside Preview Fall's "Best of Show" Award During Internet World 2000

❖ **October 26, 2000** - digiMine Awarded Overall "Best of Show" at Upside Event, Fourth Annual Preview Fall Media Exhibition

❖ **October 3, 2000** - digiMine Delivers Hosted Data Warehousing and Data Mining Services, Built on Microsoft's .NET Platform

❖ **September 18, 2000** - digiMine, Inc. Launches The First Advanced Business Intelligence Service

❖ **September 11, 2000** - Hartford Fund Leads digiMine's $39 Million Second Round Funding

❖ **August 15, 2000** - digiMine Bolsters Executive Team with Former Microsoft Veteran

❖ **May 25, 2000** - digiMine Next Generation eBusiness Intelligence Service Provider Hires Key Executive

❖ **April 3, 2000** - digiMine Founded to Offer Next-Generation eCommerce Analytics and Personalization Solutions

1956

*Fig. 19S*



*Fig. 19T*



*Fig. 19U*



*Fig. 19V*



*Fig. 19W*



*Fig. 19X*



*Fig. 19Y*



*Fig. 19Z*



Example Hierarchical Category Selection

Fig. 19AA



*Fig. 19AB*



*Fig. 19AC*



*Fig. 19AD*



*Fig. 19AE*