# Tab 3

Dockets.Justia.com



US006917972B1

(12) **United States Patent**
Basko et al.

(10) Patent No.: **US 6,917,972 B1**
(45) Date of Patent: **Jul. 12, 2005**

(54) **PARSING NAVIGATION INFORMATION TO IDENTIFY OCCURRENCES CORRESPONDING TO DEFINED CATEGORIES**

(75) Inventors: **Roman Basko**, Newcastle, WA (US); **Jay Sauls**, Woodinville, WA (US); **Radha Krishna Uppala**, Redmond, WA (US)

(73) Assignee: **Revenue Science, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 701 days.

(21) Appl. No.: **10/007,646**

(22) Filed: **Dec. 5, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/613,847, filed on Jul. 11, 2000, now Pat. No. 6,785,666.

(51) Int. Cl.⁷ ............................................. **G06F 15/173**
(52) U.S. Cl. ........................................ **709/224**; 709/223
(58) Field of Search ................................. 709/224, 223

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,712,979 A | * | 1/1998 | Graber et al. | 709/224 |
| 5,894,554 A | * | 4/1999 | Lowery et al. | 709/203 |
| 6,012,087 A | * | 1/2000 | Freivald et al. | 709/218 |
| 6,035,332 A | * | 3/2000 | Ingrassia et al. | 709/224 |
| 6,073,135 A | * | 6/2000 | Broder et al. | 707/100 |
| 6,470,383 B1 | * | 10/2002 | Leshem et al. | 709/223 |
| 6,549,944 B1 | * | 4/2003 | Weinberg et al. | 709/224 |
| 6,665,658 B1 | * | 12/2003 | DaCosta et al. | 707/3 |

OTHER PUBLICATIONS

Microsoft Site Server, Nov. 17, 2000 (2 pages) www.microsoft.com/siteserver/site/ProductInfo/Datasheet.htm.
Microsoft Site Server, Nov. 17, 2000 (3 pages) www.microsoft.com/siteserver/site/30/downloads/ssdata.doc.
Microsoft Site Server, Nov. 17, 2000 (2 pages) www.microsoft.com/siteserver/site/ProductInfo/EvalGuide.htm.
Microsoft Site Server, Site Server Evaluation Guide, Nov. 17, 2000 (48 pages) www.microsoft.com/siteserver/site/30/downloadoads/sseval.exe.

(Continued)

*Primary Examiner*—Krisna Lim
(74) *Attorney, Agent, or Firm*—Perkins Coie LLP

(57) **ABSTRACT**

A method, system and computer-readable medium for analyzing interaction or usage data, such as for customers, is described. The interaction or usage data may be stored in log files and supplemented with data from other sources. Various data parsing information may be defined and used as part of the analysis, such as by using customer-specific information to identify various occurrences of interest. For example, when analyzing a customer's web site interaction data, the parser component can use data defining customer-specific categories of web pages. Such high-level types of occurrences can be specified in a variety of ways, such as by using a combination of a logical web site, one or more URIs corresponding to web pages, and/or one or more query strings. The data parsing information may also specify a mapping of actual web sites to one or more logical sites.

**111 Claims, 60 Drawing Sheets**



HTTP-request

Header — 105

URL

— 104

106

Web Browser — 101

— 102

client

— 103

server

Header — 108

— 107

html document 109

HTTP-response

**US 6,917,972 B1**

Page 2

OTHER PUBLICATIONS

E.piphany E.5 System, "An Integrated System Built on Internet Technology," Oct. 19, 2000 (1 page) www.epiphany.com/products/index.html.

E.piphany E.5 System, "Technology Overview," Dec. 7, 2000 (2 pages) www.epiphany.com/products/technology.html.

E.piphany E.5 System, "FAQ," Oct. 19, 2000 (3 pages) www.epiphany.com/products/faq.html.

E.piphany E.5 System, "Campaign Management for E–Commerce," Oct. 19, 2000 (1 page) www.epiphany.com/products/ecommerce.html.

Webtrends, "Log Analyzer," Sep. 2, 2000 (1 page) http://www.webtrends.com/products/log.

Webtrends, "Log File Analysis Cartridge," Sep. 2, 2000 (8 pages) www.webtrends.com/products/cartridge/log.htm-?print=yes.

Webtrends, "Log File Analysis vs. Packet Sniffing Comparative Analysis of Internet Traffic Data Collection Models White Paper," Apr. 18, 2001 (7 pages) www.webtrends.com/solution/whitepapers/packet.htm.

* cited by examiner



*Fig. 1*



*Fig. 2A*



*Fig. 2B*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



**Fig. 7**



**Fig. 8**



*Fig. 9*



**Fig. 10**



*Fig. 11*

Case 1:07-cv-00516-LO-TRJ    Document 1-6    Filed 05/23/2007    Page 16 of 47



**Fig. 12**



**Fig. 13**

Case 1:07-cv-00516-LO-TRJ    Document 1-6    Filed 05/23/2007    Page 18 of 47



*Fig. 14*



*Fig. 15*



*Fig. 16*



***Fig. 17***



*Fig. 18*



*Fig. 19A*



*Fig. 19B*



digiMine Warehousing Services Overview

digiMine™ SERVICES

## Overview

digiMine™ Warehousing Services

Building a comprehensive data warehouse is the first fundamental
step in creating strong analytics and personalization. digiMine will
take your data from multiple sources including click stream,
transaction, product, campaign and user profiles to create a robust
data asset.

Our scalable data warehousing infrastructure enables us to build
large warehouses that are capable of holding data for the most data
intensive businesses, even those as big as the Media Matrix top 50.

1. digiMine Warehousing Services
2. digiMine Analytics Services        1914
3. digiMine Data Mining Services
4. digiMine Data Enhancement Services

1920

http://www.digimine.com/services/warehousing.htm

*Fig. 19C*



*Fig. 19D*

http://www.digimine.com/services/analytic.htm

digiMine Data Mining Services Overview



*Fig. 19E*

http://www.digimine.com/services/mining.htm



*Fig. 19F*



*Fig. 19G*



*Fig. 19H*

**Affordable**
Our web-based ASP model allows us to deliver a powerful, high-end service that is efficient and affordable. Setup costs are minimal and do not require additional IT resources. Fixed monthly fees cover all expenses related to hardware, software, operations and reporting.

**Easy-to-use**
digiMine™ Reporting Services are intuitive and organized to deliver relevant insight instantly. Our interactive reports allow you to customize your view of your analytics. And you don't have to be a statistician to understand your data.

**Quick to deploy**
digiMine offers the fastest time to deployment. In fact, a typical installation allows us to setup and begin daily reporting within a few days. In many cases, our customers have full analytics in less than 24 hours.

How digiMine Works

digiMine™ Services do not require you to invest in additional IT resources, nor do we require you to deploy data tags. We simply install a digiMine Slurper™ at your data center that encrypts and compresses your data for transmission at pre-determined times. digiMine's Slurper™ is a simple piece of software that has the ability to pull web server logs and gather data from any OLE-DB-compliant database - from Oracle, SQL, DB2 and others. This process does not compromise your network security or require you to open your firewall.

Once your data is transferred to digiMine's data center, it is parsed, cleaned and loaded into a secure data warehouse.

digiMine then produces detailed and accurate reports that are delivered 24 hours a day, 7 days a week, 365 days a year. You can access your reports through a dedicated https connection using a standard browser. The reports are completely secure and require user authentication. In fact, as an administrator, you have the ability to set various levels of access permission for different business users in your company. Your data is also made available for export.

digiMine provides data mining services for predictive applications. These predictive components give you the ability to personalize web content and cross-sell or up-sell products. Data mining components run in real-time on your web site or in batch applications, such as targeted e-mail.



*Fig. 191*



*Fig. 19J*

How digiMine Works



**digiMine**

MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN ?

overview    service benefits    take the quiz    ☞ requires login

1905

digiMine℠ SERVICES

## How digiMine Works

digiMine Services do not require any additional investment in IT resources, nor do we require you to deploy data tags. We simply install a digiMine Data Slurper™ at your data center that encrypts and compresses your data for transmission at predetermined times. digiMine's Data Slurper™ is a simple software application that has the ability to cull web server logs and gather data from any commercial database such as Oracle, SQL, DB2 and others. This process does not compromise your network security or require you to open your firewall. Alternatively, you can also send your data to us through a secure FTP transfer.

Once your data is transferred to digiMine's data center, it is parsed, cleaned and loaded into a secure data warehouse. We can also merge, purge, validate and correct your data.

We then apply data mining to produce insightful analytics. These analytics are computed and delivered to you through interactive reports and downloadable lists that are available 24 hours a day, 365 days a year. You can access your reports through a dedicated and secure connection using a standard browser.

Real-time data mining components (executables called from Java or asp) are run independently of the digiMine data center to avoid any impact on site performance. These can be run in real-time on your web site or in batch applications such as targeted email.

☞ digiMine's Data Slurper™ is a simple software application that pulls web server logs and gathers data from any commercial database -- with no impact on your IT department.

☞ **Data Sheet**
  Download the digiMine's Services Data Sheet.
  (91 KB, Requires Adobe Acrobat Reader)

*Fig. 19K*



Fig. 19L



*Fig. 19M*



*Fig. 19N*



Fig. 190



*Fig. 19P*



digiMine Company Information

**digiMine**

MAIN | SERVICES | COMPANY | MEDIA CENTER | CUSTOMER LOG IN

1907

our mission    management    customers    investors    contact us

COMPANY

# Careers

Legal Positions

« job categories

**Corporate Attorney - Intellectual Property**

**Responsibilities**
- Principal responsibility for management of all patent procurement and conflict matters
- Review ideas for strategic importance and patent viability
- Work closely with outside counsel to develop claim scope and prosecution strategy, and supervise them throughout the process. Analyze third party patents and determine best resolution, including licensing, product modification and liability studies.
- Counsel development and business clients on patent-related issues.
- Provide support for patent litigation.

**Requirements**
- Excellent academic credentials.
- 5+ years experience in patents required, including preparing and prosecuting patent applications, opinion work (invalidity/non-infringement), licensing, and/or litigation.
- Significant computer industry experience highly desirable.
- Advanced technical degree a plus

http://www.digimine.com/company/careers/legal.htm    1920

*Fig. 19Q*



*Fig. 19R*

http://www.digimine.com/mediacenter/



*Fig. 19S*



*Fig. 19T*



*Fig. 19U*

Case 1:07-cv-00516-LO-TRJ    Document 1-6    Filed 05/23/2007    Page 44 of 47



*Fig. 19V*



*Fig. 19W*



*Fig. 19X*



*Fig. 19Y*