McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

Caitlin Lhommedieu
Direct: 703.712.5489

# McGuireWoods

RECEIVED

2007 MAY 23 P clhommedieu@mcguirewoods.com
Direct Fax: 703.712.5281

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

May 23, 2007

Clerk of Court
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

    Re:    **Revenue Science, Inc. v. ValueClick, Inc.,** *et al.*
            **(our ref. no. 2051563-0001)**

Dear Sir or Madam:

Enclosed please find an original Complaint for filing in the above-referenced matter, and eight copies thereof. Also enclosed is a civil cover sheet and a check in the amount of $350.00 for the filing fee.

We will be serving each defendant by private process server. Therefore, enclosed please also find three copies of the summons for each of the seven defendants.

Thank you for your assistance in this matter. Please call me if you have any questions.

                                      Very truly yours,

                                      Caitlin Lhommedieu

Enclosures:  one original complaint
                   civil cover sheet
                   filing fee
                   eight copies of the complaint
                   three copies each of seven summons

\4588202.1