```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100001043
Cashier ID: rbroaden
Transaction Date: 05/23/2007
Payer Name: MCGUIRE WOODS

CIVIL FILING FEE
 For: MCGUIRE WOODS
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: MCGUIRE WOODS
 Check/Money Order Num: 295068
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE NEW SUIT
1:07CV516
```