AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

RECEIVED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

V

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07cv516 GBL/LO

TO: serve VALUECLICK, INC.
NATIONAL REGISTERED AGENTS, INC.
160 Greentree Drive, Suite 101
Dover, Delaware 19904
(for Defendants ValueClick, Inc.,
FastClick, Inc., Web Clients, Inc.,
Commission Junction, Inc., Be Free, Inc.,
And Mediaplex, Inc.)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

Robert M. Tyler
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-7695

an answer to the complaint which is hereby served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Acting Clerk

_____        _____
CLERK                              DATE

COPY

_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION



REVENUE SCIENCE, INC.,
    Plaintiff,

V

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07cv516 GBL/LDG

TO: Serve FASTCLICK, INC.
NATIONAL REGISTERED AGENTS, INC.
160 Greentree Drive, Suite 101
Dover, Delaware 19904
(for Defendants ValueClick, Inc.,
FastClick, Inc., Web Clients, Inc.,
Commission Junction, Inc., Be Free, Inc.,
And Mediaplex, Inc.)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

Robert M. Tyler
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-7695

an answer to the complaint which is hereby served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

RECEIVED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

v

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV516 GBL/LOG

TO: Serve   WEB CLIENTS, INC.
    NATIONAL REGISTERED AGENTS, INC.
    160 Greentree Drive, Suite 101
    Dover, Delaware 19904
    (for Defendants ValueClick, Inc.,
    FastClick, Inc., Web Clients, Inc.,
    Commission Junction, Inc., Be Free, Inc.,
    And Mediaplex, Inc.)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

    Robert M. Tyler
    MCGUIREWOODS LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    (804) 775-7695

an answer to the complaint which is hereby served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                      DATE

_____
BY DEPUTY CLERK

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

RECEIVED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V

CASE NUMBER: 1:07CV516 GBL/LOG

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

TO: Serve COMMISSION JUNCTION, INC.
NATIONAL REGISTERED AGENTS, INC.
160 Greentree Drive, Suite 101
Dover, Delaware 19904
(for Defendants ValueClick, Inc.,
FastClick, Inc., Web Clients, Inc.,
Commission Junction, Inc., Be Free, Inc.,
And Mediaplex, Inc.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Robert M. Tyler
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-7695

an answer to the complaint which is hereby served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

COPY

_____  _____
CLERK                        DATE

BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

RECEIVED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

v

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07cv 516
    GBL/LO

*BE FREE, INC.*

TO: *Serve* NATIONAL REGISTERED AGENTS, INC.
    160 Greentree Drive, Suite 101
    Dover, Delaware 19904
    (for Defendants ValueClick, Inc.,
    FastClick, Inc., Web Clients, Inc.,
    Commission Junction, Inc., Be Free, Inc.,
    And Mediaplex, Inc.)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

Robert M. Tyler
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-7695

an answer to the complaint which is hereby served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____ DATE _____

COPY

BY DEPUTY CLERK

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

RECEIVED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

V

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV516 GBL/LOG

*MEDIAPLEX, INC.*
TO: serve NATIONAL REGISTERED AGENTS, INC.
160 Greentree Drive, Suite 101
Dover, Delaware 19904
(for Defendants ValueClick, Inc.,
FastClick, Inc., Web Clients, Inc.,
Commission Junction, Inc., Be Free, Inc.,
And Mediaplex, Inc.)

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

Robert M. Tyler
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-7695

an answer to the complaint which is hereby served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

COPY

_____      _____
CLERK                                                                      DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF VIRGINIA
_____ DIVISION


RECEIVED MAY 23 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REVENUE SCIENCE, INC.,
    Plaintiff,

V

VALUECLICK, INC.
FASTCLICK, INC.
WEB CLIENTS, INC.
COMMISSION JUNCTION, INC.,
BE FREE, INC.
PRICERUNNER AB
MEDIAPLEX, INC.
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv516
GBL/LO

TO:    Officer or General Manager
    30699 Russell Ranch Road, Suite 250
    Westlake Village, California 91362
    (For Pricerunner AB)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS:

    Robert M. Tyler
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    (804) 775-7695

an answer to the complaint which is hereby served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

BY DEPUTY CLERK