IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REVENUE SCIENCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv516 |
| ) | |
| VALUECLICK, INC., FASTCLICK, ) | |
| INC., WEB CLIENTS, INC., ) | |
| COMMISSION JUNCTION, INC., BE ) | |
| FREE, INC., PRICERUNNER AB, and ) | |
| MEDIAPLEX, INC. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT

To comply with Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Plaintiff Revenue Science, Inc. ("RSI") certifies that it is a Washington corporation, that it has no parent, and that no publicly held entity owns ten percent or more of RSI's stock.

Dated: June 5, 2007

Respectfully Submitted,

REVENUE SCIENCE, INC

By Counsel

Caitlin Lhommedieu
Virginia Bar No. 47796
Attorney for Revenue Science, Inc.
McGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215
Tel:   703.712.5489
Fax:   703.712.5281
clhommedieu@mcguirewoods.com

Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
David E. Finkelson (VSB No. 44059)
dfinkelson@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone:  804.775.1000
Facsimile:  804.775.1061

Robert T. Haslam
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Tel:   650.324.7000
Fax:   650.324.0638