## CERTIFICATE OF SERVICE

I certify that the foregoing Financial Interest Disclosure Statement of Revenue Science, Inc. was filed electronically with the Court on June 05, 2007. Parties may access this filing through the Court's system. Also, on June 11, 2007, I served a copy of same upon each of the defendants listed below via first-class mail, postage prepaid.

        /s/_____
Caitlin Lhommedieu (Va. Bar No. 47796)
Attorney for Revenue Science, Inc.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215
(703) 712-5489
(703) 712-5281
clhommedieu@mcguirewoods.com

ValueClick, Inc.
30699 Russell Ranch Road, Suite 250
Westlake Village, California  91362

FastClick, Inc.
360 Olive Street
Santa Barbara, California 93101

Web Clients, Inc.
2201 North Front Street
Harrisburg, Pennsylvania  17110

Commission Junction, Inc.
530 East Montecito Street
Santa Barbara, California  93103

Be Free, Inc.
377 Simarano Drive
Marlborough, Massachusetts   01752

Pricerunner AB
30699 Russell Ranch Road, Suite 250
Westlake Village, California  91362

Mediaplex, Inc.
177 Steuart Street, Suite 600
San Francisco, California 94105

4608449v1

Dockets.Justia.com