IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| REVENUE SCIENCE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07CV516 |
| ) | GBL/LOB |
| VALUECLICK, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Amy S. Owen and Ben Selan, Cochran & Owen LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182, as counsel for ValueClick, Inc., FastClick, Inc., Web Clients, Inc., Commission Junction, Inc., Be Free, Inc., Pricerunner AB, and Mediaplex, Inc. (collectively "Defendants") in the above-captioned matter.

Respectfully submitted,

/s/ Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Ben Selan (VSB #65923)
bselan@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Robert P. Greenspoon
rpg@fg-law.com
William W. Flachsbart
wwf@fg-law.com
Flachsbart & Greenspoon, LLC
The Monadnock Building
53 W. Jackson Blvd.
Suite 652
Chicago, IL 60604
Ph: (312) 431-3800
Fx: (312) 431-3810

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic transmission and/or first class mail, postage prepaid, this 13th day of June, 2007, upon:

Caitlin Lhommedieu
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102
Ph: (703) 712-5489
Fx: (703) 712-5281

Robert M. Tyler
David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Ph: (804) 775-1000
Fx: (804) 775-1061

Robert T. Haslam
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Ph: (650) 324-7000
Fx: (650) 324-0638

/s/ Amy S. Owen
Amy S. Owen