IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
F I L E D
JUN 14 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

REVENUE SCIENCE, INC.                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )      Civil Action No. 07CV516
                                         )      GBL/LOB
VALUECLICK, INC., et al.                 )
                                         )
        Defendants.                      )
_____ )

## AGREED ORDER

Upon the agreement of counsel, and the record in this case, it is hereby

ORDERED, that Defendants shall have until July 13, 2007 to answer, or

otherwise respond, to the Complaint for Patent Infringement.

_____
Barry R. Poretz
United States Magistrate Judge

Date: ___6/14/07___

_____
United States District Court Judge

WE ASK FOR THIS:


_____        _____
Caitlin Lhommedieu (47796)    with permission   Amy S. Owen (27292)
clhommedieu@mcguirewoods.com         bcs        aowen@cochranowen.com
McGuireWoods LLP                                Ben Selan (65923)
1750 Tysons Boulevard                           bselan@cochranowen.com
Suite 1800                                      Cochran & Owen LLC
McLean, VA 22102                                8000 Towers Crescent Drive
Ph: (703) 712-5489                              Suite 160
Fax: (703) 712-5489                             Vienna, VA 22182
                                                Ph: (703) 847-4480

Counsel for Plaintiff                           Counsel for Defendants

Dockets.Justia.com