IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



Revenue Science, Inc.,
        Plaintiff,

v.

Civil Action No. 1:07CV516A

Valueclick, Inc.
Fastclick, Inc.
Web Clients, Inc.
Commission Junction, Inc.
Pricerunner AB
Mediaplex, Inc.,
        Defendant.

## ORDER

A Fed. R. Civ. P. 16(b) PRETRIAL CONFERENCE will be held on Wednesday, July 18, 2007 at 10:00 a.m. before a magistrate judge.

The parties shall confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, trial before a magistrate judge, to arrange for the disclosures required by Rule 26(a)(1), and develop a discovery plan which will complete discovery by Friday, September 14, 2007. A party may not exceed five (5) non-party, non expert witness depositions and may not serve on any other party more than thirty (30) interrogatories, including parts and subparts, without leave of the court. Proposed discovery plans must be filed by the Wednesday before the Rule 16 (b) pretrial conference.

The parties have fifteen days to respond to discovery requests, and five days to object to those requests.

Any party required to file an answer must do so within twenty (20) days.

The FINAL PRETRIAL CONFERENCE will be held on Thursday, September 20, 2007 at 10:00 a.m. The trial of this case will be set for a day certain, within 4 - 8 weeks of the final pretrial conference.

All motions, except for summary judgment, shall be noticed for hearing on the earliest possible Friday before the pretrial conference. Ten working days' notice is required for motions to dismiss, for summary judgment, for patent claim construction, and for judgment on the pleadings. Non-dispositive motions must be filed and delivered by the Friday before the Friday for which noticed, with responses due not later than the Wednesday before the hearing.

Expert discovery shall be conducted as provided in Local Rule 26 (D). Experts not properly identified, and for whom a report has not been timely provided, shall not testify at trial for any purpose.

      The parties must bring to the final pretrial conference the Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A). <u>Non-expert witnesses and exhibits not so disclosed and listed will not be permitted at trial except for impeachment or rebuttal, and no person may testify whose identity, being subject to disclosure or timely requested in discovery, was not disclosed in time to be deposed or to permit the substance of his knowledge and opinions to be ascertained.</u>

      Discovery may begin as of receipt of this Order.

                                                /s/
                                     Gerald Bruce Lee
                                     United States District Judge
                                   Gerald Bruce Lee
June 21, 2007                              UNITED STATES DISTRICT JUDGE
Alexandria, Virginia
This order is being mailed only to local counsel.