IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| REVENUE SCIENCE, INC.,      ) | |
|      ) | |
| Plaintiff,      ) | |
|      ) | |
| v.      ) | Civil No.  1:07cv516 |
|      ) | |
| VALUECLICK, INC. et al.,      ) | |
|      ) | |
| Defendants.      ) | |

ORDER

The Rule 16(b) conference in this case is CONTINUED from July 18, 2007, to July 25,

2007, at 10:00 a.m. in Courtroom 301.  The discovery plan remains due on July 11, 2007.

Counsel will be notified by telephone not later than July 24, 2007,     if the court will handle

the matter "on the papers" without a hearing.

It is so ORDERED.

ENTERED this 27th day of June, 2007.

_____/s/_____

Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia