IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| REVENUE SCIENCE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07CV516 |
| ) | GBL/TRJ |
| VALUECLICK, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FINANCIAL INTEREST DISCLOSURE**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel certifies that:

- ValueClick, Inc. has no parent, subsidiary, or affiliate entities (corporate or otherwise), that have issued stock or debt securities to the public;

- Fastclick, Inc., Web Clients, Inc., Commission Junction, Inc., Be Free, Inc., Pricerunner AB and Mediaplex, Inc. are subsidiaries of ValueClick, Inc. which issues stock or debt securities to the public. There is no publicly held entity that owns ten percent or more of ValueClick, Inc.'s stock.

Respectfully submitted,


      /s/  Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Ben Selan (VSB #65923)
bselan@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499


Robert P. Greenspoon
rpg@fg-law.com
William W. Flachsbart
wwf@fg-law.com
Flachsbart & Greenspoon, LLC
The Monadnock Building
53 W. Jackson Blvd.
Suite 652
Chicago, IL 60604
Ph:  (312) 431-3800
Fx:  (312) 431-3810

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by electronic transmission and/or first class mail, postage prepaid, this 3rd day of July, 2007, upon:

    Caitlin Lhommedieu (VSB #47796)
    clhommedieu@mcguirewoods.com
    McGuireWoods LLP
    1750 Tysons Boulevard
    Suite 1800
    McLean, VA 22102
    Ph: (703) 712-5489
    Fx: (703) 712-5281

    Robert M. Tyler (VSB #37861)
    rtyler@mcguirewoods.com
    David E. Finkelson (VSB #44059)
    dfinkelson@mcguirewoods.com
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, VA 23219
    Ph: (804) 775-1000
    Fx: (804) 775-1061

    Robert T. Haslam
    Heller Ehrman LLP
    275 Middlefield Road
    Menlo Park, CA 94025
    Ph: (650) 324-7000
    Fx: (650) 324-0638

    Counsel for Plaintiff

        /s/ Amy S. Owen
        Amy S. Owen