IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| REVENUE SCIENCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07CV516 |
| | ) | GBL/TRJ |
| VALUECLICK, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' COMBINED MOTION
TO DISMISS FOR LACK OF PERSONAL
JURISDICTION UNDER FED. R. CIV. P. 12(b)(2)
AND IMPROPER VENUE UNDER FED. R. CIV. P. 12(b)(3),
OR IN THE ALTERNATIVE, TO TRANSFER TO THE CENTRAL
DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404 AND/OR § 1406**

As discussed more fully in the accompanying memorandum, ValueClick, Inc.,

Fastclick, Inc., Web Clients, Inc., Commission Junction, Inc., Be Free, Inc., Pricerunner

AB and Mediaplex, Inc. (collectively "Defendants" or "ValueClick Defendants")  request

that this Court dismiss the above-captioned complaint for lack of personal jurisdiction

and improper venue, pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3),

respectively, or, in the alternative, transfer the matter to the Central District of California.

Revenue Science (the "Plaintiff") filed a patent infringement suit against the

ValueClick Defendants in the U.S. District Court for the Eastern District of Virginia

despite the fact that it is not organized under the laws of the Commonwealth of Virginia,

has no offices in the Commonwealth of Virginia, and has no material witness in the

Commonwealth of Virginia.  Furthermore, none of the ValueClick defendants have

Dockets.Justia.com

sufficient contacts to the Commonwealth of Virginia to justify being haled into court by the nonresident Plaintiff.

Most importantly, however, ValueClick, Inc. brought suit against the Plaintiff in the Central District of California for infringement of its patents in March 2007.  The Plaintiff, on May 23, 2007, the day before it filed its answer to the California complaint, filed the instant suit in the Commonwealth of Virginia.

The concepts of fair play and substantial justice demand that this proceeding be either dismissed or transferred to the Central District of California.

Respectfully submitted,


            /s/  Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Ben Selan (VSB #65923)
bselan@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Robert P. Greenspoon
rpg@fg-law.com
William W. Flachsbart
wwf@fg-law.com
Flachsbart & Greenspoon, LLC
The Monadnock Building
53 W. Jackson Blvd.
Suite 652
Chicago, IL 60604
Ph:  (312) 431-3800
Fx:  (312) 431-3810

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic transmission and/or first class mail, postage prepaid, this 3rd day of July, 2007, upon:


Caitlin Lhommedieu (VSB #47796)
clhommedieu@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102
Ph:  (703) 712-5489
Fx:  (703) 712-5281


Robert M. Tyler (VSB #37861)
rtyler@mcguirewoods.com
David E. Finkelson (VSB #44059)
dfinkelson@mcguirewoods.com
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Ph:  (804) 775-1000
Fx:  (804) 775-1061


Robert T. Haslam
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Ph:  (650) 324-7000
Fx:  (650) 324-0638

Counsel for Plaintiff


                    /s/  Amy S. Owen
                  Amy S. Owen