IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| REVENUE SCIENCE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07CV516 |
| ) | GBL/TRJ |
| VALUECLICK, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

This 20th day of July, 2007, came the parties, by counsel, and argued Defendants' Combined Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P. 12(b)(3), or in the Alternative to Transfer to the Central District of California Under 28 U.S.C. §1404 and/or §1406.  Upon the matters presented to the Court at the hearing, and the record in this case, it is hereby

ORDERED, that this matter is dismissed for Lack of Personal Jurisdiction and/or Improper Venue; alternatively, it is hereby

ORDERED, that this matter be transferred to the Central District of California.

Dated:_____        _____
                                                United States District Court Judge

Seen and Agreed:


_____
Amy S. Owen (#27692)
aowen@cochranowen.com
Ben Selan (#65923)
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph:    703-847-4480
Fax:   703-847-4499

Counsel for Defendants



Seen and Objected to for reasons stated in the record:


_____
Caitlin Lhommedieu (#47796)
clhommedieu@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102
Ph:    703-712-5489
Fax:   703-712-5281

Counsel for Plaintiff