IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| REVENUE SCIENCE, INC. )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>VALUECLICK, INC., et al. )<br> )<br> Defendants. )<br>_____) | Civil Action No. 07CV516<br>GBL/TRJ |

## **ORDER**

This 20th day of July, 2007, came the parties, by counsel, and argued Defendants' Conditional Rule 12(e) Motion for a More Definite Statement. Upon the matters presented to the Court at the hearing, and the record in this case, it is hereby

ORDERED, that the Defendants' Motion for a More Definite Statement is granted and that the Plaintiff shall file a responsive pleading on or before the _____ _____ day of _____, 2007.

Dated:_____    _____
                                          United States District Court Judge

Seen and Agreed:


_____
Amy S. Owen (#27692)
aowen@cochranowen.com
Ben Selan (#65923)
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Phone:  703-847-4480
Fax:     703-847-4499

Counsel for Defendants



Seen and Objected to for reasons stated in the record:


_____
Caitlin Lhommedieu (47796)
clhommedieu@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102
Ph:  (703) 712-5489

Counsel for Plaintiff