IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| REVENUE SCIENCE, INC.           ) | |
|                                 ) | |
|    Plaintiff,    ) | |
|                                 ) | |
| v.                              ) | Civil Action No. 07CV516 |
|                                 ) | GBL/TRJ |
| VALUECLICK, INC., et al.        ) | |
|                                 ) | |
|    Defendants.   ) | |
|                                 ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, July 20th, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, the ValueClick Defendants will present oral argument in favor of their Conditional Rule 12(e) Motion for a More Definite Statement.

Respectfully submitted,

   /s/ Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Ben Selan (VSB #65923)
bselan@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Robert P. Greenspoon  
rpg@fg-law.com  
William W. Flachsbart  
wwf@fg-law.com  
Flachsbart & Greenspoon, LLC  
The Monadnock Building  
53 W. Jackson Blvd.  
Suite 652  
Chicago, IL 60604  
Ph: (312) 431-3800  
Fx: (312) 431-3810  

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by electronic transmission and/or first class mail, postage prepaid, this 3rd day of July, 2007, upon:

    Caitlin Lhommedieu (VSB #47796)
    clhommedieu@mcguirewoods.com
    McGuireWoods LLP
    1750 Tysons Boulevard
    Suite 1800
    McLean, VA 22102
    Ph:  (703) 712-5489
    Fx:  (703) 712-5281

    Robert M. Tyler (VSB #37861)
    rtyler@mcguirewoods.com
    David E. Finkelson (VSB #44059)
    dfinkelson@mcguirewoods.com
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, VA 23219
    Ph:  (804) 775-1000
    Fx:  (804) 775-1061

    Robert T. Haslam
    Heller Ehrman LLP
    275 Middlefield Road
    Menlo Park, CA 94025
    Ph:  (650) 324-7000
    Fx:  (650) 324-0638

    Counsel for Plaintiff

                                            /s/  Amy S. Owen
                                           Amy S. Owen