IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REVENUE SCIENCE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALUECLICK, INC., FASTCLICK, )<br>INC., WEB CLIENTS, INC., )<br>COMMISSION JUNCTION, INC., BE )<br>FREE, INC., PRICERUNNER AB, and )<br>MEDIAPLEX, INC. )<br>)<br>Defendants. ) | Civil Action No. 1:07cv516 |

F I L E D
JUL 14 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STIPULATION AND CONSENT ORDER
## FOR DISMISSAL WITHOUT PREJUDICE PER FEDERAL RULE
## OF CIVIL PROCEDURE 41

Plaintiff Revenue Science, Inc. ("RSI") and defendants ValueClick, Inc., FastClick, Inc., Web Clients, Inc., Commission Junction, Inc., Be Free, Inc., Pricerunner AB and Mediaplex, Inc. (collectively "Defendants") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41 that:

Whereas, RSI filed the above-captioned action on May 23, 2007 ("the Action");

Whereas, on July 3, 2007, Defendants filed motions under Federal Rule of Civil Procedure 12 contesting jurisdiction, seeking to transfer venue, and seeking a more definite statement;

Whereas, Defendants have voluntarily provided RSI with a limited set of documents supporting Defendants' jurisdictional arguments;

Whereas, RSI has agreed to dismiss this Action against all Defendants without prejudice, based on Defendants' agreement to certain conditions as set forth below;

Whereas, Defendants have agreed that RSI may file an action for infringement of the RSI patents-in-issue in the Action, against any or all of the Defendants, in the U.S. District Court for the Central District of California ("the New Action");

Whereas, if RSI so files a New Action, Defendants have agreed to stipulate to consolidation, for all purposes, of the New Action with *ValueClick, Inc. v. Revenue Science, Inc.*, CV 07 2502 MMM (JCX), which is currently pending the Central District of California ("the pending California Action"), and Defendants have agreed to stipulate that the New Action will proceed on the same pretrial and trial schedule that is ultimately set by the U.S. District Court for the Central District of California in the pending California Action;

Whereas, if RSI so files a New Action, the parties to the New Action may commence discovery immediately, without waiting for the New Action to be consolidated with the pending California Action;

Whereas RSI and Defendants have agreed to each bear their own costs and fees for the Action;

Accordingly, RSI and the Defendants jointly request and agree to dismissal of the above-captioned action without prejudice.

SO ORDERED this __14th__ day of __July__, 2007.

/s/
Gerald Bruce Lee
United States District Judge

2

We ask for this:

Dated: July 11, 2007

*(signature)*

Caitlin K. Lhommedieu (VSB No. 47796)
clhommedieu@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215
Telephone:   703.712.5489
Facsimile:   703.712.5281

Robert T. Haslam
Robert.Haslam@hellerehrman.com
Nitin Subhedar
Nitin.Subhedar@hellerehrman.com
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, California 94025
Tel:   650.324.7000
Fax:   650.324.0638

Dated: July 11, 2007

*(signature)* for *(signature)*

Amy Sanborn Owen
aowen@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Dr, Suite 160
Vienna, Virginia 22182
Telephone:   703.847.4480
Facsimile:   703.847.4499

REVENUE SCIENCE, INC

By Counsel

Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone:   804.775.1000
Facsimile:   804.775.1061

VALUECLICK, INC., FASTCLICK,
INC., WEB CLIENTS, INC.,
COMMISSION JUNCTION, INC., BE
FREE, INC.,
PRICERUNNER AB, and
MEDIAPLEX, INC.

By Counsel

*(signature)*

Robert P. Greenspoon
rpg@fg-law.com
William W. Flachsbart
wwf@fg-law.com
Flachsbart & Greenspoon, LLC
The Monadnock Bldg.
53 W. Jackson Blvd., Suite 652
Chicago, Illinois 60604
Telephone: 312.431.3800
Facsimile:  312.431.3810

3