```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100002236
Cashier ID: rbroaden
Transaction Date: 07/11/2007
Payer Name: MCGUIRE WOODS
-----------------------------------
PRO HAC VICE
 For: MCGUIRE WOODS
 Case/Party: D-VAE-1-07-CR-PROHAC-001
 Amount:      $100.00
-----------------------------------
CHECK
 Remitter: MCGUIRE WOODS
 Check/Money Order Num: 299830
 Amt Tendered: $100.00
-----------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

PRO HAC VICE - 2

107CV516

ROBERT HASLAM AND
NITIN SUBHEDAR
```