```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100002236
Cashier ID: rbroaden
Transaction Date: 07/11/2007
Payer Name: MCGUIRE WOODS
------------------------------------
PRO HAC VICE
 For: MCGUIRE WOODS
 Case/Party: D-VAE-1-07-CR-PROHAC-001
 Amount:       $100.00
------------------------------------
CHECK
 Remitter: MCGUIRE WOODS
 Check/Money Order Num: 299830
 Amt Tendered: $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

PRO HAC VICE - 2

1O7CV516

ROBERT HASLAM AND
NITIN SUBHEDAR
```